# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAJMP, INC., et al, <br><br> Defendant. | Case No.: 17-CV-515-AJB-WVG <br><br> **ORDER ON RAJMP, INC.'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

On October 18, 2019, RAJMP, Inc. ("Defendant") filed a Motion for Rescheduling the Case Management Conference (Doc. No. 181), which was subsequently denied without prejudice for lack of good cause (Doc. No. 183). Before the Court now is Defendant's renewed Motion to Continue the Case Management Conference ("Motion") (Doc. No. 184). Having reviewed the Motion, the Court hereby GRANTS the Motion to the extent that it takes off calendar the November 6, 2019 Case Management Conference ("CMC"). The Court rejects Defendant's proposal that the CMC be postponed until December 11, 2019, to ensure that the action progresses efficiently and without undue delay. Accordingly, the Court shall issue a discovery and pre-trial scheduling order in this matter, upon review

/ / /

/ / /

/ / /

of the Parties' joint discovery plan.

**IT IS SO ORDERED**.

Dated: October 31, 2019

_____
Hon. William V. Gallo
United States Magistrate Judge