RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JEREMY N. HENDON
CHRISTIAN MEJIA
JAMES PETRILA
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-2466 (v)
202-305-7548 (v)
202-307-6648 (v)
Jeremy.Hendon@usdoj.gov
Christian.Mejia@usdoj.gov
James.Petrila@usdoj.gov

ROBERT S. BREWER, JR.
United States Attorney
Southern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:17-cv-515-AJB-WVG |
| Plaintiff, | |
| v. | **TABLE OF CONTENTS FOR EXHIBITS TO UNITED STATES' MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY PERTAINING TO THE DETERMINATION THAT ROBERT A. POLITTE AND JOAN M. POLITTE ARE ALTER EGOS OF RAJMP, INC.** |
| RAJMP, INC.; JOAN M. POLITTE; MERRILL LYNCH BUSINESS; FINANCIAL SERVICES, INC.; CHICAGO TITLE COMPANY; TBC CORPORATION; SC TELECOM, LLC; WELLS FARGO BANK, N.A.; PACIFIC WESTERN | |

1

BANK; OUTFRONT MEDIA, INC.;            )
HALLE PROPERTIES, L.L.C.;              )
POFACO, INC.; COUNTY OF;               )
SAN DIEGO; MIDAS REALTY                )
CORPORATION; KELLY M.;                 )
POLITTE as the Personal                )
Representative of the ESTATE OF        )
ROBERT A. POLITTE; TED R.              )
POLITTE as the Personal                )
Representative of the ESTATE OF        )
ROBERT A. POLITTE,                     )
                                       )
      Defendants.                     )
_____ )

| Exhibit Number | Description | Page Numbers |
|---|---|---|
| 1 | Complaint, First Amended Complaint, Second Amended Complaint, and Third Amended Complaint (with Exhibits A-C attached thereto) filed in *Politte, et al. v. United States*, 07-cv1950-AJB-WVG | 1-154 |
| 2 | Plaintiffs Notice of Motion and Motion for Partial Summary Judgment as to the Alter Ego Tax Liens (ECF No. 71) filed in *Politte, et al. v. United States*, 07-cv1950-AJB-WVG | 155-197 |
| 3 | Order: Denying Plaintiffs' Motion for Partial Summary Judgment (ECF No. 120) filed in *Politte, et al. v. United States*, 07-cv1950-AJB-WVG | 198-209 |
| 4 | Order (1) Granting in Part and Denying in Part Defendant's Motion to Strike and (2) Denying as Moot Defendant's Motion to Clarify (ECF No. 158) filed in *Politte,* | 210-215 |

|   | *et al. v. United States*, 07-cv1950-AJB-WVG |   |
|---|---|---|
| 5 | Plaintiffs' First Set of Interrogatories in *Politte, et al. v. United States*, 07-cv1950-AJB-WVG | 216-224 |
| 6 | Defendant Joan M. Politte's First Set of Interrogatories to Plaintiff United States of America in this case | 225-239 |