UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>RAJMP, INC., et al.,<br><br>                               Defendants. | Case No.:  17-CV-515-AJB-WVG<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On February 10, 2020, counsel for Defendant RAJMP, Inc. ("Defendant") and the Government jointly informed this Court's Chambers of three discovery disputes separate from the two discovery disputes that the Parties raised on January 31, 2020, which the Parties are presently briefing for the Court's consideration. (See Doc Nos. 209-211.)

In this most recent dispute, Defendant and the Government disagree over deposition-related matters, namely whether (1) the scope of deposition testimony for current and former Internal Revenue Service ("IRS") employees may be defined or otherwise narrowed to limit the topics on which Defendant seeks to depose the employees; and (2) any current or former IRS employees may use the assistance of counsel for the Government to clarify and/or object to certain questions in deposition that may run afoul of the employees' testimonial authorizations. Further, counsel for the Government noted that Defendant agreed to supplement certain interrogatories but has failed to do so to date. With the

1

deadline to respond approaching, Defendant's counsel has not provided a date certain by which Defendant will have supplemented the interrogatories. According to the Government, Defendant's non-committal position calls into question whether the initial responses to the interrogatories will be supplemented to any extent. During the Parties' joint call to Chambers today, Defendant provided no assurances that supplemental responses would in fact be timely served onto the Government.

Given the Parties' ongoing disagreements, as outlined above, the Court hereby ORDERS counsel for Defendant and the Government to jointly appear for a telephonic discovery conference on **Wednesday, February 12, 2020 at 12:00 P.M**. **No later than 4:00 p.m. on Tuesday, February 11, 2020,** counsel shall lodge their appearances and the telephone numbers at which they can be reached without fail for purposes of the discovery conference.

**IT IS SO ORDERED**.

Dated: February 10, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge