Kelly M. Politte, *pro hac vice*
Colorado Bar No. 40402
Politte Law Offices, LLC
700 N. Colorado Blvd., #182
Denver, CO 80206
Tel: (303) 261-8044

Alexandra Eaker Pérez
California Bar No. 265318
Eaker Pérez Tax Law
925 B Street, STE 605
San Diego, CA 92101
Tel: (619) 348-5944

*Attorneys for Kelly M. Politte as the Personal Representative of the Estate of Robert A. Politte and Ted R. Politte as the Personal Representative of the Estate of Robert A. Politte*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAJMP, INC.; JOAN M. POLITTE; MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC.; CHICAGO TITLE COMPANY; TBC CORPORATION; SC TELECOM, LLC; WELLS FARGO BANK, N.A.; PACIFIC WESTERN BANK; OUTFRONT MEDIA, INC.; HALLE PROPERTIES, L.L.C.; POFACO, INC.; COUNTY OF SAN DIEGO; MIDAS REALTY CORPORATION; KELLY M. POLITTE as the Personal Representative of the ESTATE OF ROBERT A. POLITTE; TED R. POLITTE as the Personal Representative of the ESTATE OF ROBERT A. POLITTE,<br><br>Defendants. | **Case No. 17-CV-00515-AJB-WVG**<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANTS KELLY M. POLITTE AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT A. POLITTE AND TED R. POLITTE AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT A. POLITTE IN JOAN M. POLITTE'S RESPONSE TO UNITED STATES' MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY PERTAINING TO THE DETERMINATION THAT ROBERT A. POLITTE AND JOAN M. POLITTE ARE ALTER EGOS OF RAJMP, INC. [DOC. 215]** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Kelly M. Politte as Personal Representative of the Estate of Robert A. Politte and Ted R. Politte as Personal Representative of the Estate of Robert A. Politte (collectively, the "Co-Personal Representatives") hereby join in Joan M. Politte's Response to United States' Motion For Protective Order Regarding Discovery Pertaining to the Determination That Robert A. Politte and Joan M. Politte are Alter Egos of RAJMP, Inc. filed on February 14, 2020 ("Response," ECF No. 216).

The Co-Personal Representatives join in and adopt the Response and all arguments and facts contained therein, which arguments and facts are equally applicable to the Co-Personal Representatives. For all of the reasons discussed in the Response, the Court should deny the Motion.

Respectfully submitted this 14th day of February, 2020.

*/s/ Kelly M. Politte*
Kelly M. Politte, *pro hac vice*
Politte Law Offices, LLC
700 N. Colorado Blvd., #182
Denver, CO 80206
Tel: (303) 261-8044
Email: kpolitte@politelaw.com

*Attorney for Kelly M. Politte as the Personal Representative of the Estate of Robert A. Politte and Ted R. Politte as the Personal Representative of the Estate of Robert A. Politte*

# **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the **NOTICE OF JOINDER AND JOINDER OF DEFENDANTS KELLY M. POLITTE AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT A. POLITTE AND TED R. POLITTE AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT A. POLITTE IN JOAN M. POLITTE'S RESPONSE TO UNITED STATES' MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY PERTAINING TO THE DETERMINATION THAT ROBERT A. POLITTE AND JOAN M. POLITTE ARE ALTER EGOS OF RAJMP, INC. [DOC. 215]** has been made this 14th day of February, 2020, via the Court's CM/ECF system to:

Jeremy N Hendon
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
Tel: (202)353-2466
Fax: (202)307-0054
Email: jeremy.hendon@usdoj.gov

Christian Mejia
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7548
Fax: (202) 307-0054
Email: Christian.Mejia@usdoj.gov

James Petrila
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6648
Fax: (202) 307-0054
Email: james.petrila@usdoj.gov

Larry D. Harvey
Larry D. Harvey PC
5290 DTC Parkway, Ste. 150
Englewood, CO 80111
Tel: (303) 220-7810
Fax: (303) 850-7115
Email: lharvey@ldhpc.com

Robert A. McGuire
Robert McGuire Law Firm
113 Cherry Street PMB 86685
Seattle, WA 98104
Tel/Fax: (253) 267-8530
E-mail: ram@lawram.com

David K Eldan
Parker Milliken Clark O'Hara & Samuelian
55 S Flower St 30th Fl
Los Angeles, CA 90071
Tel: (213) 683-6500 x520
Fax: (213) 683-6669
Email: deldan@pmcos.com

Brian David Shaffer
Miller Starr Regalia
1331 North California Boulevard
Walnut Creek, CA 94596
Tel: (925) 935-9400
Fax: (925) 933-4126
Email: brian.shaffer@msrlegal.com

Walter J. De Lorrell, III
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
Tel: (619) 531-6295
Fax: (619) 531-6005
Email: walter.delorrell@sdcounty.ca.gov

Edward Otho Crosap Ord
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Tel: (415) 274-3800
Fax: (415) 274-3838
Email: ord@ordnorman.com

Cheng Zhang
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Tel: (415) 274-3800
Fax: (415) 274-3838
Email: cheng@ordnorman.com

                                     */s/ Kelly M. Politte*
                                     Kelly M. Politte