1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| UNITED STATES OF AMERICA, | ) | Case No.: 3:17-cv-515-AJB-DEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT** |
| | ) | **MOTION TO STAY AND** |
| v. | ) | **ADMINISTRATIVE** |
| | ) | **CLOSURE OF THE CASE** |
| RAJMP, INC.; JOAN M. POLITTE; | ) | |
| MERRILL LYNCH BUSINESS; | ) | |
| FINANCIAL SERVICES, INC.; | ) | |
| CHICAGO TITLE COMPANY; | ) | |
| TBC CORPORATION; | ) | |
| SC TELECOM, LLC; WELLS FARGO | ) | |
| BANK, N.A.; PACIFIC WESTERN | ) | |
| BANK; OUTFRONT MEDIA, INC.; | ) | |
| HALLE PROPERTIES, L.L.C.; | ) | |
| POFACO, INC.; COUNTY OF; | ) | |
| SAN DIEGO; MIDAS REALTY | ) | |
| CORPORATION; KELLY M.; | ) | |
| POLITTE as the Personal | ) | |
| Representative of the ESTATE OF | ) | |
| ROBERT A. POLITTE; TED R. | ) | |
| POLITTE as the Personal | ) | |
| Representative of the ESTATE OF | ) | |
| ROBERT A. POLITTE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1        Having considered the parties' Joint Motion to Stay (Doc. No. 272), the

2  record contained herein, and for good cause having been shown, IT IS HEREBY

3  ORDERED THAT:

4            1.     The Joint Motion is GRANTED;

5            2.     This action is stayed.

6            3.     The Clerk of the Court is directed to ADMINISTRATIVELY

7  CLOSE this case. The decision to administratively close this case pending

8  execution of the settlement agreement does not have any jurisdictional effect. *See*

9  *Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir. 2005) ("An order administratively

10  closing a case is a docket management tool that has no jurisdictional effect.").

11

12      **IT IS SO ORDERED.**

13  Dated:  December 22, 2020

14                                      Hon. Anthony J. Battaglia

15                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28